# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132463

SUSAN HEDGLEN, personal representative of the
ESTATE OF ANGELA MARIE HEDGLEN,
deceased,
      Plaintiff-Appellant,

v

JERRY KOKESH, d/b/a DON'S AUTOMOTIVE,
MATTHEW HOUSER, RICHARD RAPSON, and
SAULT STE. MARIE TRIBE OF CHIPPEWA
INDIANS,
      Defendants,
and

SHARON A. DENK,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132463
COA: 270164
Schoolcraft CC: 04-003583-NI

On order of the Court, the application for leave to appeal the October 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220